**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000135
05-MAY-2022
09:13 AM
Dkt. 69 ODMR**

NO. CAAP-18-0000135

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., F/K/A NORWEST BANK MINNESOTA, N.A., SOLELY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STERNS MORTGAGE FUNDING TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1, Plaintiff-Appellee,
v.
GEORGE EMERSON TIMMINS; ASSOCIATION OF APARTMENT OWNERS OF IAO GARDENS, Defendants-Appellants,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC171000342)

ORDER
(By: Ginoza, Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of "Defendant Timmins' Verified Objection to April 4th Intermediate Court of Appeals Judgment as Against All Defendants and for Interlocutory Decree of Foreclosure; Motion for Court to Reconsider and Take Judicial Notice of the Adjudicative Facts and Law and Dismiss Plaintiff's Irregular Action Accordingly" (**Motion for Reconsideration**) filed by Defendant-Appellant George Emerson **Timmins** on May 2, 2022, the papers in support, and the record, it appears that:

1. Our summary disposition order was filed on April 4, 2022;

2.   Rule 40(a) of the Hawaiʻi Rules of Appellate Procedure requires that a "motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved";

3.   Timmins has not requested an extension of time to file a motion for reconsideration; and

4.   Timmins' Motion for Reconsideration is untimely.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, May 5, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge